UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSEPH A. PADILLA AND KEVIN C. DILLS,<br><br>　　　　　　　　　Defendants,<br><br>　　　　and<br><br>BRIGHT STAR INTERNATIONAL, INC.,<br>LIFE SCIENCES JOURNEYS, INC.,<br>CARLOS HERNANDEZ, JAMIE QUICK,<br>ASHLEY ROBINSON, AND ARLENE<br>SANDOVAL,<br><br>　　　　　　　　　Relief Defendants. | C.A. No. 23-cv-11331 (RGS) |

**FINAL JUDGMENT AS TO**
**RELIEF DEFENDANT CARLOS HERNANDEZ**

The Securities and Exchange Commission having moved for summary judgment on its claims that relief defendant Carlos Hernandez ("Relief Defendant") is liable in unjust enrichment for having received proceeds of fraud, and Relief Defendant having opposed the motion, the Court now GRANTS the Commission's motion, FINDS that Relief Defendant is liable in unjust enrichment for receiving proceeds of fraud, and further orders as follows:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of $49,940, representing net profits received as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $8,767, for

a total of $58,707.  Relief Defendant shall satisfy his obligation by paying $58,707 to the Securities and Exchange Commission within 30 days after entry of this Final Judgment.

Relief Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.   Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

 and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Carlos Hernandez as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.

The Commission shall hold the funds (collectively, the "Fund") until further order of this Court.  The Commission may propose a plan to distribute the Fund subject to the Court's approval, and the Court shall retain jurisdiction over the administration of any distribution of the Fund.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by using all collection procedures authorized by law, including, but not limited to, moving for civil contempt at any time after 30 days following entry of this Final Judgment. Relief Defendant shall pay post judgment interest on any amounts due after 30 days of the entry of this Final Judgment pursuant to 28 U.S.C. §1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: 4/16/2025

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE