**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JAIME QUICK,**<br><br>**Relief Defendant,**<br><br>**and**<br><br>**BANK OF AMERICA, N.A., and its successors or assigns,**<br><br>**Garnishee.** | **Case No. C.A. No. 23-cv-11331 (RGS)** |

**ORDER DISSOLVING POST-JUDGMENT WRIT OF GARNISHMENT**

Having considered the Securities and Exchange Commission's Motion to Dissolve the Post-Judgment Writ of Garnishment previously issued to Bank of America, N.A., and noting that the Garnishee has reported holding $0.00 in any account or safe deposit box associated with Relief Defendant Jaime Quick, indicating that it possesses no property subject to the Writ, the Court finds good cause to grant the motion.

IT IS HEREBY ORDERED THAT:

1. The Post-Judgment Writ of Garnishment issued on January 29, 2026, is DISSOLVED; and
2. Bank of America, N.A. is relieved of all obligations arising under the Writ.

SO ORDERED.

Date: 8-24-26

Richard G. Stearns

Hon. Richard G. Stearns
United States District Judge